# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

YVONNE LORETTA TRACEY,

    Petitioner,

v.                                          CASE NO. 4:10-cv-00560-MP-CAS

TAYLOR, UNITED STATES OF AMERICA,

    Respondents.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 20, 2013. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, the Court agrees that the instant petition is simply an attempt to file a successive § 2255 motion and does not fit within the savings clause under Wofford v. Scott, 177 F.3d 1236, 1239 (11th Cir. 1999). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED.

    **DONE AND ORDERED** this *10th* day of January, 2014

                                      *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge